WILSON, Appellant, vs. EVANGELICAL LUTHERAN CHURCH OF THE REFORMATION OF MILWAUKEE, WISCONSIN, Respondent.

*April 2—June 23, 1930.*

For the appellant there was a brief by *Perry & Perry* of Milwaukee, and oral argument by *Charles B. Perry.*

*Emmet Horan, Jr.* of Milwaukee, for the respondent.

The following opinion was filed April 29, 1930:

ROSENBERRY, C. J.   This case involves the same state of facts as are involved in the case of *Wilson v. Evangelical Lutheran Church of the Reformation,* decided herewith (*ante,* p. 111, 230 N. W. 708), and by stipulation of the parties the mandate in this case is to be the same as in that.

*By the Court.*—The order appealed from is reversed, and cause remanded for further proceedings according to law.

FAIRCHILD, J., took no part.

A motion for a rehearing was denied on June 23, 1930.